# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2285
_____

KENNETH KENDRICK,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Kendrick, pro se, Appellant.

Rana Marie Wallace, General Counsel, and Alex Arthur Christiano, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.